# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

Roderick A. Rowley,

    Plaintiff,

v.

The Prudential Insurance Company of America
and Logistics Management Institute,

    Defendants.

Case No. 5:22-cv-00126-D

**ORDER**

Having reviewed the Parties Stipulation of Dismissal of Logistics Management Institute ("Motion"), and good cause appearing, it is hereby **ORDERED AND ADJUDGED** that the Motion is granted, and Defendant LOGISTICS MANAGEMENT INSTITUTE is dismissed, without prejudice, from this lawsuit. The Court directs the Clerk to remove Logistics Management Institute from the caption of this matter.

SO ORDERED. This **3** day of May, 2022.

JAMES C. DEVER III
United States District Judge